```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,          :     19 CR 819 (VM)
                                   :
        -against-                  :
                                   :        ORDER
FRANCISCO TORRES-RENDON, et al.,   :
                                   :
              Defendants.          :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

By letter dated June 4, 2020, counsel for defendant Jose Santos requests a telephone conference and reconsideration of the magistrate judge's denial of bail. (See Dkt. No. 19.) The Government is hereby directed to respond to defendant's letter within seven days of the entry of this Order.

**SO ORDERED:**

Dated:   New York, New York
         05 June 2020

_____
Victor Marrero
U.S.D.J.