USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA        :
                                   :     **ORDER**
       - v. -                    :
                                   :     19 Cr. 819 (VM)
JOSE SANTOS,                   :
                                   :
             Defendant.    :
                                   :
- - - - - - - - - - - - - - - - - - - x

    WHEREAS, JOSE SANTOS, the defendant, intends to enter a plea of guilty pursuant to a plea agreement dated February 24, 2021;

    WHEREAS, the Honorable Victor Marrero has referred the defendant's change-of-plea hearing to magistrate court;

    WHEREAS, the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

    WHEREAS, many proceedings in magistrate court are taking place remotely, either by telephone or by videoconference, because of the ongoing COVID-19 pandemic;

    WHEREAS, the defendant, depending on the result of the presentence investigation, may seek a non-incarceratory sentence, based in part on his United States Sentencing Guidelines range, and because a delay of the defendant's guilty plea and eventual sentencing could result in significant additional delays this case;

THE COURT HEREBY FINDS that, because the defendant has consented to proceed remotely, and for the reasons set forth above, the plea cannot be further delayed without serious harm to the interests of justice.

SO ORDERED.

Dated: New York, New York
April 16, 2021

_____
Victor Marrero
U.S.D.J.