USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
:
UNITED STATES OF AMERICA         :
:   ORDER
- v. -                   :
:   19 Cr. 819 (VM)
JOSE SANTOS,                     :
:
:
Defendant.         :
:
- - - - - - - - - - - - - - - - - - -x

WHEREAS, with the consent of the defendant, JOSE SANTOS, his guilty plea allocution was taken before a United States Magistrate Judge on April 20, 2021; and

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         August 28, 2021
         _____

Victor Marrero
U.S.D.J.