

U.S. Depart[ment of Justice]

United State[s Attorney]
Southern Dis[trict of New York]

The Silvio J. Mollo [Building]
One Saint Andrew[']['s Plaza]
New York, New Yor[k 10007]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2021

July 8, 2021

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *United States v. Jose Santos*, 19 Cr. 819 (VM)

Dear Judge Marrero:

    The parties jointly write to request an adjournment of defendant Jose Santos' sentencing, which is currently scheduled for July 15, 2021. The parties respectfully request that the Court reschedule the sentencing for a date in the last week of July 2021. If there is no date convenient for the Court that week, the parties are also available to reschedule the sentencing for the first week of August 2021.

                  Respectfully submitted,

                  AUDREY STRAUSS
                  United States Attorney

          by: /s/_____
                  Elinor L. Tarlow / Kyle A. Wirshba
                  Assistant United States Attorneys
                  (212) 637-1036 / 2493

cc: Defense counsel (by CM/ECF)

---

The request is granted. Sentencing in the above-referenced matter, currently scheduled for 7/15/21 is hereby adjourned until 7/29/21 at 10:30 a.m. In light of the ongoing public health emergency, sentencing shall proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

SO ORDERED.

7/9/2021

DATE                   VICTOR MARRERO, U.S.D.J.