USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,

       -against-                    **19 CR 819(VM)**
                                      **ORDER**

JOSE SANTOS,

                   Defendant.
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    In light of the ongoing public health emergency, the sentencing before the Honorable Victor Marrero on July 29, 2021 at 10:30 a.m. shall proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated: New York, New York
       27 July 2021

                                              _____
                                                Victor Marrero
                                                  U.S.D.J.